

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Philip Alan Green and
Jonathan Zackhery Wilks,

\* From the 42nd District Court
  of Callahan County,
  Trial Court No. 22454.

Vs. No. 11-23-00125-CV

\* December 12, 2024

Century Oak Wind Project, LLC;
Engie North America, Inc.; and
Blattner Energy, LLC,

\* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court insofar as it dismissed Appellants' intentional nuisance and negligent nuisance claims that inure from pecuniary damages for auditory, tactile, and wildlife nuisances. We affirm the judgment of the trial court in all other respects, including its dismissal of Appellants' "public nuisance" claim. We remand this case for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against the party incurring same.